UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John Hancock Life Insurance Company (U.S.A.), et al.,

Petitioners,

-against-

SCOR Global Life USA Reinsurance Company,

Respondent.

26-CV-9818 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court has received John Hancock's petition to replace an umpire pursuant to Section 5 of the Federal Arbitration Act. Dkt. 1. The parties are directed to meet and confer regarding the appointment process set forth in the petition. *See id.* at 7–8. Additionally, the parties are ORDERED to file on ECF by **December 22, 2026** a joint letter either confirming their agreement on the appointment process described in the petition and setting out a proposed schedule, or proposing an alternative appointment process.

In accordance with the Court's Individual Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least **48 hours** before the deadline or conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent; and (5) the date of the parties' next scheduled appearance before the Court.

**Counsel who have entered a notice of appearance as of the issuance of this order are directed (1) to notify counsel for all other parties in this action who have not yet appeared**

**by serving upon each of them a copy of this order and the Court's Individual Practices forthwith, and (2) to file proof of such notice with the Court.** If unaware of the identity of counsel for any of the parties, counsel receiving this order must forthwith send a copy of this order and the Court's Individual Practices to that party personally.

SO ORDERED.

Dated: November 12, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge